John B. Gray v. Justine S. Gray.— Motion for stay denied, with ten dollars costs, unless appellant comply with terms stated in memorandum per curiam.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John Miksan v. Rohe & Brother.— Motion granted, without costs. Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary E. Sullivan v. New York Telephone Company, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Daniel Woodcock v. Arthur J. Taylor, Impleaded, etc.— See memorandum per curiam.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Leonard and Other Streets.— Motion granted.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Manhattan Railway Company.— Motion granted. Order to be settled on .notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jacob Herb and Others v. James R. Day.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles F. Parker v. Thomas J. Ryan.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edna Wilson and Others v. J. Ehrlich & Sons.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isaac Greenberg v. Harry Ginsberg, Impleaded, etc.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

A. W. Eaton v. Typewriter Economy Company.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isaac Seiler v. Julius Klugman.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lucy C. Roberts v. Theodore Roberts.— Motion to dismiss appeal denied, without costs.  All proceedings on behalf of defendant to review the order of the Special Term are stayed until the defendant submits to the jurisdiction of the court.  (*Matter of Meyer*, 209 N. Y. 59.)  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Allwin Realty Company v. Mary G. Barth.— Application granted. Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Allwin Realty Company v. Mary G. Barth.— Motion granted.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Keve v. Columbia Kid Hair Curlers Manufacturing Company.— Motion granted and case set down on calendar for the first Tuesday in